**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

v.                      **Case No. 4:13-cm-00088 KGB**

**KIMBERLY HARDIN**                                                             **DEFENDANT**

## ORDER

On June 24, 2013, defendant Kimberly Hardin filed this notice of appeal to district court of magistrate order, judgment, and sentence (Dkt. No. 1). On June 6, 2013, United States Magistrate Judge Beth Deere revoked Ms. Hardin's probation and sentenced her to four months imprisonment and one year supervised release (4:13-cr-00113, Dkt. No. 13). Judgment was entered accordingly (4:13-cr-00113, Dkt. No. 14).

Mindful that Ms. Hardin has a four month sentence, the Court sets the following briefing schedule. Ms. Hardin must file her opening brief by 5 p.m., Friday, August 2, 2013. Plaintiff, United States of America, must file its response by 5 p.m., Wednesday, August 14, 2013.

The Court has been provided the transcript of Ms. Hardin's probation revocation proceeding (4:13-cr-00113, Dkt. No. 29).

IT IS SO ORDERED THIS the 23rd day of July, 2013.

*Kristine G. Baker*
_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE